```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  ALEX G. TSE (CABN 152348)
    Chief, Civil Division
 3
            450 Golden Gate Avenue, Box 36055
 4          San Francisco, California 94102-3495
            Telephone: (415) 436-6730
 5          FAX: (415) 436-6748
            Email: Alex.Tse@usdoj.gov
 6
    Attorneys for Defendant
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| BALJEET SINGH, | ) |
| Plaintiff, | ) C 14-2463 KAW |
| v. | ) **STIPULATION TO DISMISS and** |
| LORI SCIALABBA, Acting Director, United States Citizenship and Immigration Services, | ) **[PROPOSED] ORDER** |
| Defendant. | ) |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's I-130 Petition for Alien Relative applications.

///
///
///
///
///

STIPULATION TO DISMISS AND [PROPOSED ORDER]
C14-2463 KAW

1 | Each of the parties shall bear their own costs and fees.

2 | Date: July 24, 2014                                    Respectfully submitted,

3 |                                                                          MELINDA HAAG
                                                                                 United States Attorney

4 |

5 |                                                                          _____/s/_____
                                                                                 ALEX G. TSE

6 |                                                                          Assistant United States Attorney
                                                                                 Attorneys for Defendant

7 |

8 | Date: July 24, 2014                                    _____/s/_____
                                                                                 JONATHAN M. KAUFMAN

9 |                                                                          Attorney for Plaintiff

10 |

11 |                                                       **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13 | Date: 8/5/14                                              _____

14 |                                                                          KANDIS A. WESTMORE
                                                                                 United States Magistrate Judge

STIPULATION TO DISMISS AND [PROPOSED ORDER]
C14-2463 KAW